# Cooper
## University Health Care

Cooper University Health Care

Employee Name: Sheree A Pinckney

Address: 7806 Haines Road

Cheltenham PA 19012

Employee #: 126120

Receipt #: 15623704

Pay Date: February 13, 2026

Pay Period: January 25, 2026 - February 7, 2026

|  | Current | Year To Date |
|---|---|---|
| Gross Pay: | 7,233.93 | 29,361.03 |
| Net Pay: | 3,809.77 | 16,051.48 |

| Earnings | Hours | Rate | Current | Year To Date Earnings |
|---|---|---|---|---|
| CELL DEV | 0.00 | 0.000000 | 23.08 | 92.32 |
| EXPENSE | 0.00 | 0.000000 | 0.00 | 428.49 |
| GTL | 0.00 | 9.550000 | 9.55 | 35.02 |
| REGULAR | 80.00 | 90.016200 | 7,201.30 | 28,805.20 |
| Total |  |  | 7,233.93 | 29,361.03 |

| Pre Tax Deductions | Current | Year To Date |
|---|---|---|
| COREPPO | 404.75 | 1,619.00 |
| DELTA | 14.06 | 56.24 |
| DSA | 192.31 | 769.24 |
| MSA | 130.77 | 523.08 |
| PARK-DAY | 18.46 | 68.84 |
| TSA | 216.04 | 648.13 |
| VISION | 8.15 | 32.60 |
| Total | 984.54 | 3,717.13 |

| Tax Deductions | Current | Year To Date |
|---|---|---|
| CHELTENHAMEIT | 66.05 | 264.20 |
| CHELTENHAMSD | 33.03 | 132.12 |
| FEDERAL | 1,010.00 | 4,093.03 |
| FICA | 400.86 | 1,603.54 |
| MEDICARE | 93.75 | 375.02 |
| NJ DISAB | 13.74 | 54.97 |
| NJ FMLA | 16.63 | 66.54 |
| NJ UNEMP | 30.75 | 122.97 |

# Cooper
## University Health Care

Cooper University Health Care

Employee Name: Sheree A Pinckney

Address: 7806 Haines Road

Cheltenham PA 19012

Employee #: 126120

Receipt #: 15623704

Pay Date: February 13, 2026

Pay Period: January 25, 2026 - February 7, 2026

| Tax Deductions | Current | Year To Date |
|---|---|---|
| PA INCOM | 202.78 | 811.12 |
| Total | 1,867.59 | 7,523.51 |

| After Tax Deductions | Current | Year To Date |
|---|---|---|
| CHILD LI | 0.99 | 3.96 |
| DC LOAN | 184.49 | 737.96 |
| ROTH | 72.01 | 72.01 |
| SPOUSE L | 1.65 | 6.60 |
| SUP LIFE | 38.22 | 152.88 |
| TSA LOAN | 265.12 | 1,060.48 |
| Total | 562.48 | 2,033.89 |

| Distributions | Account Number | Amount |
|---|---|---|
| SAVINGS | xx2016 | 150.00 |
| SAVINGS | xxxxxx6039 | 50.00 |
| SAVINGS | xxxxxx6038 | 50.00 |
| SAVINGS | xxxxxx8233 | 5.00 |
| Saving | xxxxxxxx2804 | 100.00 |
| CHECKING | xxxxxx8494 | 3,454.77 |
| Total | | 3,809.77 |

| Absences | | | | |
|---|---|---|---|---|
| | 0.000000 | ESL Bal | 84.749958 | 0.000000 |



Cooper University Health Care

Employee Name: Sheree A Pinckney

Address: 7806 Haines Road

Cheltenham PA 19012

Employee #: 126120

Receipt #: 15635982

Pay Date: February 27, 2026

Pay Period: February 8, 2026 - February 21, 2026

|  | Current | Year To Date |
|---|---|---|
| **Gross Pay:** | 7,233.93 | 36,594.96 |
| **Net Pay:** | 3,809.76 | 19,861.24 |

| Earnings | Hours | Rate | Current | Year To Date Earnings |
|---|---|---|---|---|
| CELL DEV | 0.00 | 0.000000 | 23.08 | 115.40 |
| EXPENSE | 0.00 | 0.000000 | 0.00 | 428.49 |
| GTL | 0.00 | 9.550000 | 9.55 | 44.57 |
| REGULAR | 80.00 | 90.016200 | 7,201.30 | 36,006.50 |
| Total | | | 7,233.93 | 36,594.96 |

| Pre Tax Deductions | Current | Year To Date |
|---|---|---|
| COREPPO | 404.75 | 2,023.75 |
| DELTA | 14.06 | 70.30 |
| DSA | 192.31 | 961.55 |
| MSA | 130.77 | 653.85 |
| PARK-DAY | 18.46 | 87.30 |
| TSA | 216.04 | 864.17 |
| VISION | 8.15 | 40.75 |
| Total | 984.54 | 4,701.67 |

| Tax Deductions | Current | Year To Date |
|---|---|---|
| CHELTENHAMEIT | 66.05 | 330.25 |
| CHELTENHAMSD | 33.03 | 165.15 |
| FEDERAL | 1,010.00 | 5,103.03 |
| FICA | 400.86 | 2,004.40 |
| MEDICARE | 93.75 | 468.77 |
| NJ DISAB | 13.75 | 68.72 |
| NJ FMLA | 16.64 | 83.18 |
| NJ UNEMP | 30.74 | 153.71 |



Cooper University Health Care

Employee Name: Sheree A Pinckney

Address: 7806 Haines Road

Cheltenham PA 19012

Employee #: 126120

Receipt #: 15635982

Pay Date: February 27, 2026

Pay Period: February 8, 2026 - February 21, 2026

| Tax Deductions | Current | Year To Date |
|---|---|---|
| PA INCOM | 202.78 | 1,013.90 |
| Total | 1,867.60 | 9,391.11 |

| After Tax Deductions | Current | Year To Date |
|---|---|---|
| CHILD LI | 0.99 | 4.95 |
| DC LOAN | 184.49 | 922.45 |
| ROTH | 72.01 | 144.02 |
| SPOUSE L | 1.65 | 8.25 |
| SUP LIFE | 38.22 | 191.10 |
| TSA LOAN | 265.12 | 1,325.60 |
| Total | 562.48 | 2,596.37 |

| Distributions | Account Number | Amount |
|---|---|---|
| SAVINGS | xx2016 | 150.00 |
| SAVINGS | xxxxxx6039 | 50.00 |
| SAVINGS | xxxxxx6038 | 50.00 |
| SAVINGS | xxxxxx8233 | 5.00 |
| Saving | xxxxxxxx2804 | 100.00 |
| CHECKING | xxxxxx8494 | 3,454.76 |
| Total | | 3,809.76 |

| Absences | | | | |
|---|---|---|---|---|
| | 0.000000 | ESL Bal | 86.289958 | 0.000000 |



Cooper University Health Care

Employee Name: Sheree A Pinckney

Address: 7806 Haines Road

Cheltenham PA 19012

Employee #: 126120

SSN #: 164625499

Receipt #: 15587394

Pay Date: January 2, 2026

Pay Period: December 14, 2025 - December 27, 2025

|  | Current | Year To Date |
|---|---|---|
| Gross Pay: | 428.49 | 7,659.24 |
| Net Pay: | 428.49 | 4,368.69 |

| Earnings | Hours | Rate | Current | Year To Date Earnings |
|---|---|---|---|---|
| CELL DEV | 0.00 | 0.000000 | 0.00 | 23.08 |
| EXPENSE | 0.00 | 0.000000 | 428.49 | 428.49 |
| GTL | 0.00 | 0.000000 | 0.00 | 6.37 |
| REGULAR | 0.00 | 0.000000 | 0.00 | 7,201.30 |
| Total |  |  | 428.49 | 7,659.24 |

| Pre Tax Deductions | Current | Year To Date |
|---|---|---|
| COREPPO | 0.00 | 404.75 |
| DELTA | 0.00 | 14.06 |
| DSA | 0.00 | 192.31 |
| MSA | 0.00 | 130.77 |
| PARK-DAY | 0.00 | 13.46 |
| TSA | 0.00 | 144.03 |
| VISION | 0.00 | 8.15 |
| Total | 0.00 | 907.53 |

| Tax Deductions | Current | Year To Date |
|---|---|---|
| CHELTENHAMEIT | 0.00 | 66.05 |
| CHELTENHAMSD | 0.00 | 33.03 |
| FEDERAL | 0.00 | 1,028.47 |
| FICA | 0.00 | 400.97 |
| MEDICARE | 0.00 | 93.78 |
| NJ DISAB | 0.00 | 13.74 |
| NJ FMLA | 0.00 | 16.63 |
| NJ UNEMP | 0.00 | 30.73 |

# C Cooper
## University Health Care

Cooper University Health Care

Employee Name: Sheree A Pinckney

Address: 7806 Haines Road

Cheltenham PA 19012

Employee #: 126120

SSN #: 164625499

Receipt #: 15587394

Pay Date: January 2, 2026

Pay Period: December 14, 2025 - December 27, 2025

| Tax Deductions | Current | Year To Date |
|---|---|---|
| PA INCOM | 0.00 | 202.78 |
| Total | 0.00 | 1,886.18 |

| After Tax Deductions | Current | Year To Date |
|---|---|---|
| CHILD LI | 0.00 | 0.99 |
| DC LOAN | 0.00 | 184.49 |
| SPOUSE L | 0.00 | 1.65 |
| SUP LIFE | 0.00 | 38.22 |
| TSA LOAN | 0.00 | 265.12 |
| Total | 0.00 | 490.47 |

| Distributions | Account Number | Amount |
|---|---|---|
| CHECKING | xxxxxx8494 | 428.49 |
| Total | | 428.49 |

| Absences | | | |
|---|---|---|---|
| | 0.000000 | ESL Bal | 80.129958 | 0.000000 |



Cooper University Health Care

Employee Name: Sheree A Pinckney

Address: 7806 Haines Road

Cheltenham PA 19012

Employee #: 126120

SSN #: 164625499

Receipt #: 15587393

Pay Date: January 2, 2026

Pay Period: December 14, 2025 - December 27, 2025

|  | Current | Year To Date |
|---|---|---|
| **Gross Pay:** | 7,230.75 | 7,230.75 |
| **Net Pay:** | 3,940.20 | 3,940.20 |

| Earnings | Hours | Rate | Current | Year To Date Earnings |
|---|---|---|---|---|
| CELL DEV | 0.00 | 0.000000 | 23.08 | 23.08 |
| GTL | 0.00 | 6.370000 | 6.37 | 6.37 |
| REGULAR | 80.00 | 90.016200 | 7,201.30 | 7,201.30 |
| Total |  |  | 7,230.75 | 7,230.75 |

| Pre Tax Deductions | Current | Year To Date |
|---|---|---|
| COREPPO | 404.75 | 404.75 |
| DELTA | 14.06 | 14.06 |
| DSA | 192.31 | 192.31 |
| MSA | 130.77 | 130.77 |
| PARK-DAY | 13.46 | 13.46 |
| TSA | 144.03 | 144.03 |
| VISION | 8.15 | 8.15 |
| Total | 907.53 | 907.53 |

| Tax Deductions | Current | Year To Date |
|---|---|---|
| CHELTENHAMEIT | 66.05 | 66.05 |
| CHELTENHAMSD | 33.03 | 33.03 |
| FEDERAL | 1,028.47 | 1,028.47 |
| FICA | 400.97 | 400.97 |
| MEDICARE | 93.78 | 93.78 |
| NJ DISAB | 13.74 | 13.74 |
| NJ FMLA | 16.63 | 16.63 |
| NJ UNEMP | 30.73 | 30.73 |
| PA INCOM | 202.78 | 202.78 |

# ⦿ Cooper
## University Health Care

Cooper University Health Care

Employee Name: Sheree A Pinckney

Address: 7806 Haines Road

Cheltenham PA 19012

Employee #: 126120

SSN #: 164625499

Receipt #: 15587393

Pay Date: January 2, 2026

Pay Period: December 14, 2025 - December 27, 2025

| Tax Deductions | Current | Year To Date |
|---|---|---|
| Total | 1,886.18 | 1,886.18 |

| After Tax Deductions | Current | Year To Date |
|---|---|---|
| CHILD LI | 0.99 | 0.99 |
| DC LOAN | 184.49 | 184.49 |
| SPOUSE L | 1.65 | 1.65 |
| SUP LIFE | 38.22 | 38.22 |
| TSA LOAN | 265.12 | 265.12 |
| Total | 490.47 | 490.47 |

| Distributions | Account Number | Amount |
|---|---|---|
| SAVINGS | xx2016 | 150.00 |
| SAVINGS | xxxxxx6039 | 50.00 |
| SAVINGS | xxxxxx6038 | 50.00 |
| SAVINGS | xxxxxx8233 | 5.00 |
| Saving | xxxxxxxx2804 | 100.00 |
| CHECKING | xxxxxx8494 | 3,585.20 |
| Total | | 3,940.20 |

| Absences | | | | |
|---|---|---|---|---|
| | 0.000000 | ESL Bal | 80.129958 | 0.000000 |



Cooper University Health Care

Employee Name: Sheree A Pinckney

Address: 7806 Haines Road

    Cheltenham PA 19012

Employee #: 126120

SSN #: 164625499

Receipt #: 15599397

Pay Date: January 16, 2026

Pay Period: December 28, 2025 - January 10, 2026

|  | Current | Year To Date |
|---|---|---|
| **Gross Pay:** | 7,233.93 | 14,893.17 |
| **Net Pay:** | 3,936.51 | 8,305.20 |

| Earnings | Hours | Rate | Current | Year To Date Earnings |
|---|---|---|---|---|
| CELL DEV | 0.00 | 0.000000 | 23.08 | 46.16 |
| EXPENSE | 0.00 | 0.000000 | 0.00 | 428.49 |
| GTL | 0.00 | 9.550000 | 9.55 | 15.92 |
| REGULAR | 80.00 | 90.016200 | 7,201.30 | 14,402.60 |
| Total |  |  | 7,233.93 | 14,893.17 |

| Pre Tax Deductions | Current | Year To Date |
|---|---|---|
| COREPPO | 404.75 | 809.50 |
| DELTA | 14.06 | 28.12 |
| DSA | 192.31 | 384.62 |
| MSA | 130.77 | 261.54 |
| PARK-DAY | 18.46 | 31.92 |
| TSA | 144.03 | 288.06 |
| VISION | 8.15 | 16.30 |
| Total | 912.53 | 1,820.06 |

| Tax Deductions | Current | Year To Date |
|---|---|---|
| CHELTENHAMEIT | 66.05 | 132.10 |
| CHELTENHAMSD | 33.03 | 66.06 |
| FEDERAL | 1,027.28 | 2,055.75 |
| FICA | 400.86 | 801.83 |
| MEDICARE | 93.74 | 187.52 |
| NJ DISAB | 13.74 | 27.48 |
| NJ FMLA | 16.64 | 33.27 |
| NJ UNEMP | 30.75 | 61.48 |



Cooper University Health Care

Employee Name: Sheree A Pinckney

Address: 7806 Haines Road

Cheltenham PA 19012

Employee #: 126120

SSN #: 164625499

Receipt #: 15599397

Pay Date: January 16, 2026

Pay Period: December 28, 2025 - January 10, 2026

| Tax Deductions | Current | Year To Date |
|---|---|---|
| PA INCOM | 202.78 | 405.56 |
| Total | 1,884.87 | 3,771.05 |

| After Tax Deductions | Current | Year To Date |
|---|---|---|
| CHILD LI | 0.99 | 1.98 |
| DC LOAN | 184.49 | 368.98 |
| SPOUSE L | 1.65 | 3.30 |
| SUP LIFE | 38.22 | 76.44 |
| TSA LOAN | 265.12 | 530.24 |
| Total | 490.47 | 980.94 |

| Distributions | Account Number | Amount |
|---|---|---|
| SAVINGS | xx2016 | 150.00 |
| SAVINGS | xxxxxx6039 | 50.00 |
| SAVINGS | xxxxxx6038 | 50.00 |
| SAVINGS | xxxxxx8233 | 5.00 |
| Saving | xxxxxxxx2804 | 100.00 |
| CHECKING | xxxxxx8494 | 3,581.51 |
| Total | | 3,936.51 |

| Absences | | | |
|---|---|---|---|
| | 0.000000 | ESL Bal  81.669958 | 0.000000 |



Cooper University Health Care

Employee Name: Sheree A Pinckney

Address: 7806 Haines Road

Cheltenham PA 19012

Employee #: 126120

SSN #: 164625499

Receipt #: 15611463

Pay Date: January 30, 2026

Pay Period: January 11, 2026 - January 24, 2026

| | Current | Year To Date |
|---|---|---|
| Gross Pay: | 7,233.93 | 22,127.10 |
| Net Pay: | 3,936.51 | 12,241.71 |

| Earnings | Hours | Rate | Current | Year To Date Earnings |
|---|---|---|---|---|
| CELL DEV | 0.00 | 0.000000 | 23.08 | 69.24 |
| EXPENSE | 0.00 | 0.000000 | 0.00 | 428.49 |
| GTL | 0.00 | 9.550000 | 9.55 | 25.47 |
| REGULAR | 80.00 | 90.016200 | 7,201.30 | 21,603.90 |
| Total | | | 7,233.93 | 22,127.10 |

| Pre Tax Deductions | Current | Year To Date |
|---|---|---|
| COREPPO | 404.75 | 1,214.25 |
| DELTA | 14.06 | 42.18 |
| DSA | 192.31 | 576.93 |
| MSA | 130.77 | 392.31 |
| PARK-DAY | 18.46 | 50.38 |
| TSA | 144.03 | 432.09 |
| VISION | 8.15 | 24.45 |
| Total | 912.53 | 2,732.59 |

| Tax Deductions | Current | Year To Date |
|---|---|---|
| CHELTENHAMEIT | 66.05 | 198.15 |
| CHELTENHAMSD | 33.03 | 99.09 |
| FEDERAL | 1,027.28 | 3,083.03 |
| FICA | 400.85 | 1,202.68 |
| MEDICARE | 93.75 | 281.27 |
| NJ DISAB | 13.75 | 41.23 |
| NJ FMLA | 16.64 | 49.91 |
| NJ UNEMP | 30.74 | 92.22 |



Cooper University Health Care

Employee Name: Sheree A Pinckney

Address: 7806 Haines Road

Cheltenham PA 19012

Employee #: 126120

SSN #: 164625499

Receipt #: 15611463

Pay Date: January 30, 2026

Pay Period: January 11, 2026 - January 24, 2026

| Tax Deductions | Current | Year To Date |
|---|---|---|
| PA INCOM | 202.78 | 608.34 |
| Total | 1,884.87 | 5,655.92 |

| After Tax Deductions | Current | Year To Date |
|---|---|---|
| CHILD LI | 0.99 | 2.97 |
| DC LOAN | 184.49 | 553.47 |
| SPOUSE L | 1.65 | 4.95 |
| SUP LIFE | 38.22 | 114.66 |
| TSA LOAN | 265.12 | 795.36 |
| Total | 490.47 | 1,471.41 |

| Distributions | Account Number | Amount |
|---|---|---|
| SAVINGS | xx2016 | 150.00 |
| SAVINGS | xxxxxx6039 | 50.00 |
| SAVINGS | xxxxxx6038 | 50.00 |
| SAVINGS | xxxxxx8233 | 5.00 |
| Saving | xxxxxxxx2804 | 100.00 |
| CHECKING | xxxxxx8494 | 3,581.51 |
| Total | | 3,936.51 |

| Absences | | | |
|---|---|---|---|
| | 0.000000 | ESL Bal | 83.209958 | 0.000000 |

# Cooper
## University Health Care

Cooper University Health Care

Employee Name: Sheree A Pinckney

Address: 7806 Haines Road

Cheltenham PA 19012

Employee #: 126120

SSN #: 164625499

Receipt #: 15552012

Pay Date: December 5, 2025

Pay Period: November 16, 2025 - November 29, 2025

|  | Current | Year To Date |
|---|---|---|
| **Gross Pay:** | 7,230.75 | 196,111.63 |
| **Net Pay:** | 4,329.33 | 101,092.90 |

| Earnings | Hours | Rate | Current | Year To Date Earnings |
|---|---|---|---|---|
| BON-BMI | 0.00 | 0.000000 | 0.00 | 3,000.00 |
| BON-CLIN | 0.00 | 0.000000 | 0.00 | 10,075.00 |
| CELL DEV | 0.00 | 0.000000 | 23.08 | 577.00 |
| PTO | 0.00 | 0.000000 | 0.00 | 9,133.37 |
| S.S.P.NT | 0.00 | 0.000000 | 0.00 | -2,065.35 |
| S.S.P.TX | 0.00 | 0.000000 | 0.00 | -6,734.65 |
| TERM PTO | 0.00 | 0.000000 | 0.00 | 4,026.58 |
| TPSNONTX | 0.00 | 0.000000 | 0.00 | 2,065.35 |
| TPSP | 0.00 | 0.000000 | 0.00 | 6,734.65 |
| GTL | 0.00 | 6.370000 | 6.37 | 156.95 |
| REGULAR | 80.00 | 90.016200 | 7,201.30 | 169,142.73 |
| Total |  |  | 7,230.75 | 196,111.63 |

| Pre Tax Deductions | Current | Year To Date |
|---|---|---|
| COREPPO | 385.48 | 9,637.00 |
| DELTA | 13.75 | 343.75 |
| DSA | 153.85 | 3,846.25 |
| MSA | 46.16 | 1.154.00 |
| PARK-DAY | 13.46 | 336.50 |
| TSA | 144.03 | 3,646.08 |
| VISION | 8.15 | 203.75 |
| Total | 764.88 | 19,167.33 |

| Tax Deductions | Current | Year To Date |
|---|---|---|
| CHELTENHAMEIT | 66.63 | 1,831.84 |

# Cooper
## University Health Care

Cooper University Health Care

Employee Name: Sheree A Pinckney

Address: 7806 Haines Road

Cheltenham PA 19012

Employee #: 126120

SSN #: 164625499

Receipt #: 15552012

Pay Date: December 5, 2025

Pay Period: November 16, 2025 - November 29, 2025

| Tax Deductions | Current | Year To Date |
|---|---|---|
| CHELTENHAMSD | 33.32 | 916.05 |
| FEDERAL | 1,082.43 | 30,938.68 |
| FICA | 131.41 | 10,918.20 |
| MEDICARE | 95.84 | 2,618.56 |
| NJ DISAB | 0.00 | 380.42 |
| NJ FMLA | 0.00 | 545.82 |
| NJ UNEMP | 0.00 | 184.02 |
| PA INCOM | 204.56 | 5,684.15 |
| Total | 1,614.19 | 54,017.74 |

| After Tax Deductions | Current | Year To Date |
|---|---|---|
| CAFE PUR | 0.00 | 26.82 |
| CHILD LI | 0.99 | 24.75 |
| DC LOAN | 184.49 | 4,612.25 |
| Kiosk-Mtown | 0.00 | 1.60 |
| SPOUSE L | 1.65 | 41.25 |
| STD30 | 25.51 | 631.45 |
| SUP LIFE | 38.22 | 910.59 |
| TSA LOAN | 265.12 | 6,628.00 |
| Total | 515.98 | 12,876.71 |

| Distributions | Account Number | Amount |
|---|---|---|
| SAVINGS | xx2016 | 150.00 |
| SAVINGS | xxxxxx6039 | 50.00 |
| SAVINGS | xxxxxx6038 | 50.00 |
| SAVINGS | xxxxxx8233 | 5.00 |
| Saving | xxxxxxxx2804 | 100.00 |
| CHECKING | xxxxxx8494 | 3,974.33 |
| Total | | 4,329.33 |



Cooper University Health Care

Employee Name: Sheree A Pinckney

Address: 7806 Haines Road

Cheltenham PA 19012

Employee #: 126120

SSN #: 164625499

Receipt #: 15552012

Pay Date: December 5, 2025

Pay Period: November 16, 2025 - November 29, 2025

| Absences | | | | |
|---|---|---|---|---|
| | 0.000000 | ESL Bal | 77.049958 | 0.000000 |



Cooper University Health Care

Employee Name: Sheree A Pinckney

Address: 7806 Haines Road

Cheltenham PA 19012

Employee #: 126120

SSN #: 164625499

Receipt #: 15569336

Pay Date: December 19, 2025

Pay Period: November 30, 2025 - December 13, 2025

| | Current | Year To Date |
|---|---|---|
| Gross Pay: | 7,230.75 | 203,342.38 |
| Net Pay: | 4,460.91 | 105,553.81 |

| Earnings | Hours | Rate | Current | Year To Date Earnings |
|---|---|---|---|---|
| BON-BMI | 0.00 | 0.000000 | 0.00 | 3,000.00 |
| BON-CLIN | 0.00 | 0.000000 | 0.00 | 10,075.00 |
| CELL DEV | 0.00 | 0.000000 | 23.08 | 600.08 |
| PTO | 0.00 | 0.000000 | 0.00 | 9,133.37 |
| S.S.P.NT | 0.00 | 0.000000 | 0.00 | -2,065.35 |
| S.S.P.TX | 0.00 | 0.000000 | 0.00 | -6,734.65 |
| TERM PTO | 0.00 | 0.000000 | 0.00 | 4,026.58 |
| TPSNONTX | 0.00 | 0.000000 | 0.00 | 2,065.35 |
| TPSP | 0.00 | 0.000000 | 0.00 | 6,734.65 |
| GTL | 0.00 | 6.370000 | 6.37 | 163.32 |
| REGULAR | 80.00 | 90.016200 | 7,201.30 | 176,344.03 |
| Total | | | 7,230.75 | 203,342.38 |

| Pre Tax Deductions | Current | Year To Date |
|---|---|---|
| COREPPO | 385.48 | 10,022.48 |
| DELTA | 13.75 | 357.50 |
| DSA | 153.75 | 4,000.00 |
| MSA | 46.00 | 1,200.00 |
| PARK-DAY | 13.46 | 349.96 |
| TSA | 144.03 | 3,790.11 |
| VISION | 8.15 | 211.90 |
| Total | 764.62 | 19,931.95 |

| Tax Deductions | Current | Year To Date |
|---|---|---|
| CHELTENHAMEIT | 66.63 | 1,898.47 |



Cooper University Health Care

Employee Name: Sheree A Pinckney
Address: 7806 Haines Road
          Cheltenham PA 19012
Employee #: 126120
SSN #: 164625499
Receipt #: 15569336
Pay Date: December 19, 2025
Pay Period: November 30, 2025 - December 13, 2025

| Tax Deductions | Current | Year To Date |
|---|---|---|
| CHELTENHAMSD | 33.32 | 949.37 |
| FEDERAL | 1,082.50 | 32,021.18 |
| FICA | 0.00 | 10,918.20 |
| MEDICARE | 95.85 | 2,714.41 |
| NJ DISAB | 0.00 | 380.42 |
| NJ FMLA | 0.00 | 545.82 |
| NJ UNEMP | 0.00 | 184.02 |
| PA INCOM | 204.57 | 5,888.72 |
| Total | 1,482.87 | 55,500.61 |

| After Tax Deductions | Current | Year To Date |
|---|---|---|
| CAFE PUR | 0.00 | 26.82 |
| CHILD LI | 0.99 | 25.74 |
| DC LOAN | 184.49 | 4,796.74 |
| Kiosk-Mtown | 0.00 | 1.60 |
| SPOUSE L | 1.65 | 42.90 |
| STD30 | 25.51 | 656.96 |
| SUP LIFE | 38.22 | 948.81 |
| TSA LOAN | 265.12 | 6,893.12 |
| Total | 515.98 | 13,392.69 |

| Distributions | Account Number | Amount |
|---|---|---|
| SAVINGS | xx2016 | 150.00 |
| SAVINGS | xxxxxx6039 | 50.00 |
| SAVINGS | xxxxxx6038 | 50.00 |
| SAVINGS | xxxxxx8233 | 5.00 |
| Saving | xxxxxxxx2804 | 100.00 |
| CHECKING | xxxxxx8494 | 4,105.91 |
| Total | | 4,460.91 |

**Cooper**
University Health Care

Cooper University Health Care

Employee Name: Sheree A Pinckney

Address: 7806 Haines Road

Cheltenham PA 19012

Employee #: 126120

SSN #: 164625499

Receipt #: 15569336

Pay Date: December 19, 2025

Pay Period: November 30, 2025 - December 13, 2025

| Absences | | | | |
|---|---|---|---|---|
| | 0.000000 | ESL Bal | 78.589958 | 0.000000 |