**PK**

**Powers Kirn, LLC**
Attorneys at Law

308 Harper Drive, #210
Moorestown, NJ 08057
Telephone: 856-802-1000
*(New Jersey Office)*

**8 Neshaminy Interplex**
**Suite 215**
**Trevose, PA 19053**
**Telephone 215-942-2090**
**Facsimile: 215-942-8661**
***(Pennsylvania Office)***

William M. E. Powers III *
Sarah E. Powers *
Jeanette J. O'Donnell *
Andrew E. Kirn *
Edward P. Kirn *
Jill Manuel-Coughlin *
Jolanta Pekalska +
Harry B. Reese *
* Member of NJ and PA Bar
+ Member of PA and NY Bar

August 5, 2026

Via E-Mail

Brad J. Sadek, Esquire
1500 JFK Boulevard
Suite 220
Philadelphia, PA 19102

RE: Sheree Pinckney
Chapter 13, Case No. 26-11027 DJB
American Heritage Federal Credit Union's Motion for Relief from Stay

Dear Mr. Sadek:

Enclosed please find a copy of a Stipulation in reference to the above captioned matter. If you are agreeable to the terms, please execute the Stipulation and send the same to my office at your earliest convenience.

If you have any questions, please contact my office.

Very truly yours,

/s/ Jill Manuel-Coughlin
Jill Manuel-Coughlin, Esquire
E-mail: jill@powerskirn.com
Fax: 215-942-8661

jmc/khp
Enc.

#26-0235

POWERS KIRN, LLC
By: Jill Manuel-Coughlin
ID# 63252
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Attorney for Movant / 26-0235

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Sheree Pinckney<br>Debtor | Chapter 13 Proceeding<br><br>26-11027 DJB |
| AMERICAN HERITAGE FEDERAL CREDIT UNION<br>Movant<br>v.<br>Sheree Pinckney<br>Mallory Pinckney, Non-Filing Co-Debtor<br>and<br>Kenneth E. West, Esquire<br>Respondents | |

**STIPULATION IN SETTLEMENT OF**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

WHEREAS, the parties hereto and their respective counsel have agreed as to the disposition of the Motion for Relief from the Automatic Stay filed by Jill Manuel-Coughlin on behalf of the secured creditor, American Heritage Federal Credit Union ("Movant").

NOW, THEREFORE, intending to be legally bound, the parties hereto, herewith stipulate as follows:

1. The automatic stay as provided by Section 362 of the Bankruptcy Code, and the Co-Debtor stay of Section 1301 of the Bankruptcy Code, shall remain in full force and effect conditioned upon the terms and conditions set forth herein.

2. This Stipulation pertains to the property located at 7806 Haines Road, Cheltenham, PA 19012, mortgage account ending with 7770. The full account number should be written on all remittances to ensure that payment is properly processed.

3. Upon approval of the United States Bankruptcy Court of the within Stipulation, Debtor, Non-filing Debtor and Movant agree to the following:

(a) Parties acknowledge that the current regular post-petition payment is $2,270.27.

(b) Parties acknowledge that the following amounts are currently due post-petition:

| | Quantity | From | To | Amount | |
|---|---|---|---|---|---|
| Payments: | 5 | 04/01/2026 | 08/01/2026 | $2,270.27 | $11,351.35 |
| Payments: | | | | | $0.00 |
| Attorney Fees and Costs relating to Motion for Relief: | | | | | $1,549.00 |
| Less: Debtor Suspense: | | | | | $0.00 |
| **Total Post-Petition Arrearage:** | | | | | $12,900.35 |

(c) Commencing with the 09/01/2026 payment the Debtor shall resume and shall continue to make all regular monthly post-petition payments when they are due in accordance with the terms of the Note and Mortgage.

(d) Beginning 08/15/2026 and continuing monthly through 01/15/2027 in addition to the regular monthly post-petition payment, Debtor shall pay to Movant the additional sum of $2150.06 per month (*parties agree that any debtor suspense balance will be combined with the final stip payment to credit the overage*). Additional "stip payments" shall be due on the 15th of each month. These additional payments shall be applied towards the arrears shown in paragraph 3(b) above.

(e) If sufficient proof is provided (front and back copies of checks or money orders) of payments made, but not credited, the account will be adjusted accordingly.

(f) All post-petition payments from Debtor to Movant shall be sent to Midwest Loan Services, PO Box 209, Hancock, MI 49930 .

(g) The provisions of the Stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this Stipulation, including fees and costs, due under the terms of the contract and applicable law. Also, all allowed fees and costs due to Movant as stated on any Post-Petition Fee Notices filed with the court shall be paid prior to the entry of a Discharge Order.

(h) The Debtor shall timely tender all payments and comply with all conditions in accordance

with the Stipulation.

(i) The terms of this Stipulation shall remain in full force and effect in the event the case converts to Chapter 11.

(j) If such payments or conditions are not timely made, or if the case should convert to Chapter 7, Movant may provide the Debtor, Non-filing Co-Debtor and Debtor's counsel with fifteen (15) days written notice of default. If the default is not cured within the fifteen (15) day period, Movant may certify the default to this Court and an Order shall be entered granting Movant relief from the automatic stay as provided by Section 362 of the Bankruptcy Code, and the Co-Debtor stay of Section 1301 without further notice and hearing and waiving Fed. R. Bankr. P. 3002.1 and waiving Rule 4001(a)(4) so that the Relief Order is immediately effective and enforceable.

(k) Attorney fees and costs for issuing a Notice of Default, Certification or Affidavit of Default, and order for relief are recoverable and may be added to the arrearage.

(l) Counsel for Debtor has authority to settle this matter on behalf of the Debtor. The non-filing co-debtor also consents to the provisions of this stipulation.

(m) The parties agree that a facsimile may be submitted to the Court as if it were an original.

STIPULATED AND AGREED TO BY:

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Attorney for Debtor
Date: 08/21/2026

No Objection
/s/ LeeAne O. Huggins, Esquire
Kenneth E. West, Esquire
Trustee
Date: September 4, 2026

/s/ Jill Manuel-Coughlin, Esquire
Jill Manuel-Coughlin, Esquire
Attorney for Movant
Date: 08/21/2026

Mallory Pinckney, Non-Filing Co-Debtor

On this______ day of __________________, 202__, approved by the Court,

United State Bankruptcy Judge
Derek J. Baker